**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| STEVEN HARBEN, Derivatively on Behalf of Nominal Defendant DILLARD'S INC., <br><br>          Plaintiff, <br><br>v. <br><br>WILLIAM DILLARD II, JAMES I. FREEMAN, ALEX DILLARD, MIKE DILLARD, DRUE MATHENY, JAMES A. HASLAM III, PETER R. JOHNSON, ROBERT C. CONNOR, R. BRAD MARTIN, FRANK R. MORI, WARREN A. STEPHENS, and NICK WHITE, <br><br>          Defendants, <br><br>    -and- <br><br>DILLARD'S INC. <br><br>          Nominal Defendant. | Civil Action No. 4:09-CV-395-BSM |

**STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY THESE PROCEEDINGS IN FAVOR OF PARALLEL STATE COURT ACTION OR, IN THE ALTERNATIVE, DISMISS THE COMPLAINT**

WHEREAS, on October 16, 2009, defendants requested from plaintiff a one-week extension on the filing of their reply to plaintiff's opposition to the Motion;

WHEREAS, the parties have met and conferred, and agreed to modify the briefing schedule as set forth below; and

WHEREAS, the agreed-upon briefing schedule is not for the purpose of delay and will not prejudice any party.

NOW, THEREFORE, the undersigned parties hereby STIPULATE AND AGREE, subject to the Court's approval, as follows:

1. Defendants shall file their reply, if any, to plaintiff's opposition on November 2, 2009.

Dated: October 19, 2009

| McMATH WOODS P.A. | FRIDAY, ELDREDGE & CLARK |
|---|---|
| By: _____<br>   James Bruce McMath (#75090)<br>   711 West Third Street<br>   Little Rock, AR 72201<br>   Telephone: (501) 396-5400<br>   Fax: 501-374-5118 | By: _____<br>   James Simpson (# 77125)<br>   David D. Wilson (# 90112)<br>   400 West Capitol, Suite 2000<br>   Little Rock, Arkansas 72201<br>   Tel (501) 376-2011<br>   Fax (501) 370-1546 |
| BARROWAY TOPAZ KESSLER<br>MELTZER CHECK, LLP<br>Eric L. Zagar<br>Robin Winchester<br>J. Daniel Albert<br>Ligaya T. Hernandez<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Fax: (610) 667-7056<br><br>*Attorneys for Plaintiff* | SIMPSON THACHER & BARTLETT LLP<br>Joseph McLaughlin<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel (215) 455-2000<br>Fax (215) 455-2502<br><br>*Attorneys for Defendants William Dillard II, James I. Freeman, Alex Dillard, Mike Dillard, Drue Matheny, James A. Haslam III, Peter R. Johnson, Robert C. Connor, R. Brad Martin, Frank R. Mori, Warren A. Stephens and Nick White, and Nominal Defendant Dillard's Inc.* |

*PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*

*Dated: October 23, 2009*　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*The Honorable Brian S. Miller*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*United States District Court Judge*