**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STEVEN HARBEN**                                                                               **PLAINTIFF**

**v.**                                           **CASE NO. 4:09CV00395 BSM**

**WILLIAM DILLARD, II, et al.**                                                  **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered September 30, 2010 [Doc. No. 43], this case is

hereby dismissed. The Arkansas Court of Appeals in *Berry v. Dillard*, 2011 Ark. App. 242,

affirmed the judgment of the Circuit Court of Pulaski County and Berry has exhausted all

appeals.

Dated this 23rd day of September 2011.

_____
UNITED STATES DISTRICT JUDGE